In Re:  
RUBY JEWEL ANDERSON  
585 COUNTY ROAD 1166  
TROY, AL  36079

Case No.08-11792-DHW  
Chapter 13

Debtor  
SSN: XXX-XX-7999

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

LUVERNE HEALTH & REHAB LLC  
ATTN PAYROLL  
142 W 3RD ST  
LUVERNE, AL  36009

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, January 09, 2013.

*/s/ Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge

**CC:** RUBY JEWEL ANDERSON  
LUVERNE HEALTH & REHAB LLC